42 So.2d 642

## Ernest THOMPSON v. STATE.
### 8 Div. 535.

Supreme Court of Alabama.
Nov. 10, 1949.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for the petition.

Kennedy Williams and Williams & Williams, of Russellville, opposed.

STAKELY, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Thompson v. State, 42 So.2d 640.

Writ denied.

BROWN, FOSTER, LIVINGSTON, LAWSON and SIMPSON, JJ., concur.

42 So.2d 649
## Sim L. HOWELL, Chairman, et al. v. George C. JOHNSON.
### 8 Div. 530.

Supreme Court of Alabama.
Nov. 10, 1949.

Norman W. Harris and Julian Harris, of Decatur, for petitioners.

Ben L. Britnell and LeRoy McEntire, of Decatur, and Thos. G. Steele, of Athens, opposed.

STAKELY, Justice.

Petition of Sim L. Howell, as Chairman, and others as members, of the Board of Revenue and Control of Morgan County, for certiorari to the Court of Appeals to review and revise the judgment and deci-sion of that Court in the case of Howell, v. Johnson, 42 So.2d 644.

Writ denied.

BROWN, FOSTER and LAWSON, JJ., concur.